# EXHIBIT 1

# IN THE SUPREME COURT OF BERMUDA

## CIVIL JURISDICTION

## (COMMERCIAL COURT)

### 2021: No. 387

**IN THE MATTER OF THE AGREEMENT AND PLAN OF MERGER BY AND AMONG ATHENE HOLDING LTD., APOLLO GLOBAL MANAGEMENT, INC., TANGO HOLDINGS, INC., BLUE MERGER SUB, LTD. AND GREEN MERGER SUB, INC. DATED AS OF 8 MARCH, 2021**

**AND IN THE MATTER OF A PROPOSED STATUTORY MERGER AGREEMENT AMONG ATHENE HOLDING LTD., TANGO HOLDINGS, INC., AND BLUE MERGER SUB, LTD.**

**AND IN THE MATTER OF SECTION 106 OF THE COMPANIES ACT 1981**

**BETWEEN:**

**(1)  STONEHILL INSTITUTIONAL PARTNERS LP**
**(2)  STONEHILL MASTER FUND LTD**
**(3)  APS HOLDING CORPORATION**
**(4)  DIAMOND FAMILY INVESTMENTS, LLC**
**(5)  INVICTUS SPECIAL SITUATIONS MASTER I, LP**

<u>**Plaintiffs**</u>

**and**

**ATHENE HOLDING LTD.**

<u>**Defendant**</u>



---

**ORIGINATING SUMMONS**

---

**LET THE DEFENDANT** within 14 days after service of this Summons on it, inclusive of the day of service, cause an appearance to be entered to this Summons, which is issued on the application of the Plaintiffs.

By this Summons the Plaintiffs seek the following relief:

1.        An appraisal of the fair value of the following shares pursuant to Section 106(6) of the Companies Act 1981:

1.1.            165,000 Class A common shares, par value US $0.001 per share, in the Defendant held by the First Plaintiff, a registered shareholder and member of the Defendant; and

1.2.  135,000 Class A common shares, par value US $0.001 per share, in the Defendant held by the Second Plaintiff, a registered shareholder and member of the Defendant;

1.3  290,000 Class A common shares, par value US $0.001 per share, in the Defendant held by the Third Plaintiff, a registered shareholder and member of the Defendant;

1.4  57,300 Class A common shares, par value US $0.001 per share, in the Defendant held by the Fourth Plaintiff, a registered shareholder and member of the Defendant;

1.5  87,000 Class A common shares, par value US $0.001 per share, in the Defendant held by the Fifth Plaintiff, a registered shareholder and member of the Defendant.

2.  Payment of such sums as are found to be due pursuant to Section 106(6A) or Section (6B) (as applicable) of the Companies Act 1981.

3.  Interest.

4.  Costs; and

3.  Such further or other relief as the Court deems fit.

Dated the ⁊ day of December 2021.



REGISTRAR

TO:  Athene Holdings Ltd.
Second Floor, Washington House
16 Church Street
Hamilton HM 11
Bermuda

This Originating Summons was taken out by Kennedys Chudleigh Ltd of 20 Brunswick Street, Hamilton, HM 10, Bermuda, Attorneys of the Plaintiffs whose address for service is the same.

Note – If the Defendant does not attend personally or by attorney at the time and place mentioned above, such Order will be made as the Court may think is just and convenient.

## DIRECTIONS FOR ENTERING APPEARANCE

The Defendant may enter an appearance in person or by an attorney either (1) by handing in the appropriate forms, duly completed, at the Registry of the Supreme court in Hamilton, Bermuda, or (2) by sending them to the Registry by post.

**IN THE SUPREME COURT OF BERMUDA**
**CIVIL JURISDICTION**
**(COMMERCIAL COURT)**
2021: No. **3 87**

**IN THE MATTER OF THE AGREEMENT AND PLAN OF MERGER BY AND AMONG ATHENE HOLDING LTD., APOLLO GLOBAL MANAGEMENT, INC., TANGO HOLDINGS, INC., BLUE MERGER SUB, LTD. AND GREEN MERGER SUB, INC. DATED AS OF 8 MARCH, 2021**

**AND IN THE MATTER OF A PROPOSED STATUTORY MERGER AGREEMENT AMONG ATHENE HOLDING LTD., TANGO HOLDINGS, INC., AND BLUE MERGER SUB, LTD.**

**AND IN THE MATTER OF SECTION 106 OF THE COMPANIES ACT 1981**

**BETWEEN:**

(1) **STONEHILL INSTITUTIONAL PARTNERS LP**
(2) **STONEHILL MASTER FUND LTD**
(3) **APS HOLDING CORPORATION**
(4) **DIAMOND FAMILY INVESTMENTS, LLC**
(5) **INVICTUS SPECIAL SITUATIONS MASTER I, LP**

**Plaintiffs**

**and**

**ATHENE HOLDING LTD.**

**Defendant**



**ORIGINATING SUMMONS**



Kennedys Chudleigh Ltd

20 Brunswick Street

Hamilton HM 10

Bermuda

Attorneys for the Plaintiffs

(Ref: MGC/DT)

4