# LATHAM & WATKINS LLP

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Moscow |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

May 9, 2022

<u>VIA ECF</u>

Honorable Loretta A. Preska
Part 1 Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York NY 10007-1312

Re: *In re Invictus Global Management, LLC*, Case No. 22-mc-00130 (S.D.N.Y)

Dear Judge Preska,

We write as counsel to Athene Holding Ltd. ("Athene") in connection with the above-referenced proceeding.

Athene is the Defendant in a Bermuda appraisal action in support of which the Petitioner in this matter, Invictus Global Management LLC, seeks discovery under 28 U.S.C. § 1782. The targets of the application—Apollo Global Management LLC and Marc Rowan—are affiliates of Athene. Accordingly, although Petitioner's application seeks relief on an "ex parte" basis, Dkt. No. 1, Athene intends to file a response as an interested party. We therefore respectfully request that the Court reserve decision on the application, require service on all interested parties, and set a briefing schedule for responses to Petitioner's application.

Respectfully submitted,

*/s/ Christopher Harris*

Christopher Harris
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: christopher.harris@lw.com

*Counsel for Athene Holding Ltd.*

cc: All Counsel of Record (via ECF)