UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE INVICTUS GLOBAL
MANAGEMENT, LLC,

        Plaintiff,

-against-

APOLLO GLOBAL MANAGEMENT INC.,

        Defendants.

No. 22-MC-0130 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The above miscellaneous matter seeking discovery pursuant to 28 U.S.C. § 1782, is before the Court as Part I.

    The parties are informed that Cahill Gordon and Reindel, the firm in which my husband is Senior Counsel, not an equity partner, has ongoing business dealings with Apollo, which may or may not include an indirect client relationship from time to time. My husband, Thomas J. Kavaler, never worked on any Apollo-related matter before or after his retirement as a partner.

**SO ORDERED.**

Dated:    May 9, 2022
             New York, New York

            *Loretta A. Preska*
            LORETTA A. PRESKA
            Senior United States District Judge