# EXHIBIT 15

RULES OF THE SUPREME COURT 1985

      (a)   in the case of an action to which Order 25, rule 1 applies within fourteen days after the pleadings in the action are deemed to be closed, and

      (b)   in the case of any other cause or matter, within twenty-one days after the date on which an appointment for the first hearing of the cause or matter is obtained,

or in either case, within such other period as the Court may specify, serve notice of his intention on every other party to the proceedings.

      (2)   The notice shall specify the question on which the finding or decision was given or made and specify the document in which it is reported or recorded in citable form.

      (3)   In any cause or matter in which evidence may be given by affidavit, an affidavit specifying the matters contained in paragraph (2) shall constitute notice under paragraph (1) if served within the period mentioned in that paragraph.

38/8   Application to trial of issues, references, etc.

8   The foregoing rules of this Order shall apply to trials of issues or questions of fact or law, references, inquiries and assessments of damages as they apply to the trial of actions.

38/9   Depositions: when receivable in evidence at trial

9   (1)   No deposition taken in any cause or matter shall be received in evidence at the trial of the cause or matter unless—

      (a)   the deposition was taken in pursuance of an order under Order 39, rule 1, and

      (b)   either the party against whom the evidence is offered consents or it is proved to the satisfaction of the Court that the deponent is dead, or beyond the jurisdiction of the Court or unable from sickness or other infirmity to attend the trial.

      (2)   A party intending to use any deposition in evidence at the trial of a cause or matter must, a reasonable time before the trial, give notice of his intention to do so to the other party.

      (3)   A deposition purporting to be signed by the person before whom it was taken shall be receivable in evidence without proof of the signature being the signature of that person.

38/10   Court documents admissible or receivable in evidence

10   (1)   Certified copies of writs, records, pleadings and documents filed in the Court shall be admissible in evidence in any cause or matter and between all parties to the same extent as the original would be admissible.

      (2)   Without prejudice to the provisions of any enactment, every document purporting to be sealed with the seal of the Court shall be received in evidence without further proof, and any document purporting to be so sealed and to be a copy of a document