# EXHIBIT 16

RULES OF THE SUPREME COURT 1985

ORDER 39

EVIDENCE BY DEPOSITION

39/1   Power to order depositions to be taken

1      (1) The Court may in any cause or matter where it appears necessary for the purposes of justice, make an order (in Form No. 32 in Appendix A) for the examination on oath before a judge, an officer or examiner of the Court or some other person, at any place, of any person.

   (2) An order under paragraph (1) may be made on such terms (including, in particular, terms as to the giving of discovery before the examination takes place) as the Court thinks fit.

39/2   Where person to be examined is out of the jurisdiction

2      (1) Where the person in relation to whom an order under rule 1 is required is out of the jurisdiction, an application may be made—

   (a) for an order (in Form No. 34 in Appendix A) under that rule for the issue of a letter of request to the judicial authorities of the country in which that person is to take, or cause to be taken, the evidence of that person, or

   (b) if the government of that country allows a person in that country to be examined before a person appointed by the Court, for an order (in Form No. 37 in Appendix A) under that rule appointing a special examiner to take the evidence of that person in that country.

   (2) An application may be made for the appointment as special examiner of a British consul in the country in which the evidence is to be taken or his deputy—

   (a) if there subsists with respect to that country a Civil Procedure Convention providing for the taking of the evidence of any person in that country for the assistance of proceedings in the Court, or

   (b) with the consent of the Deputy Governor.

39/3   Order for issue of letter of request

3      (1) Where an order is made under rule 1 for the issue of a letter of request to the judicial authorities of a country to take, or cause to be taken, the evidence of any person in that country the following provisions of this rule shall apply.

   (2) The party obtaining the order must prepare the letter of request and lodge it in the Registry, and the letter must be in Form No. 35 in Appendix A, with such variations as the order may require.

   (3) If the evidence of the person to be examined is to be obtained by means of written questions, there must be lodged with the letter of request a copy of the interrogatories and cross-interrogatories to be put to him on examination.

   (4) Each document lodged under paragraph (2) or (3) must be accompanied by a translation of the document in the official language of that country or, if there is more than