# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re<br><br>Invictus Special Situations Master I, LP,<br>Petitioner,<br><br>Petitioner, for an Order Pursuant to 28 U.S.C.§ 1782 to Conduct Discovery for Use in a Foreign Proceeding | CASE NO. 1:22-mc-00130-(ALC)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney, Yonah Jaffe, who is a member in good standing of the bar of this Court, hereby appears as counsel for Petitioner Invictus Special Situations Master I, LP in the above-captioned proceeding.

Dated: New York, New York
June 1, 2023

**REID COLLINS & TSAI LLP**

*/s/ Yonah Jaffe*_____
Yonah Jaffe
Minyao Wang
420 Lexington Avenue, Suite 2731
New York, NY 10170
Telephone: (212) 344-5200
Facsimile: (212) 344-5299
Email: yjaffe@reidcollins.com
   mwang@reidcollins.com

Jonathan M. Kass
**REID COLLINS & TSAI LLP**
300 Delaware Avenue, Suite 770
Wilmington, DE 19801
Telephone: (302) 467-1765
Facsimile: (302) 467-1772
Email: jkass@reidcollins.com

*Counsel for Invictus Global Management, LLC and Invictus Special Situations Master I, LP*