**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(212) 373-3441

WRITER'S DIRECT FACSIMILE

(212) 492-0441

WRITER'S DIRECT E-MAIL ADDRESS

glaufer@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

**MEMO ENDORSED**

August 16, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/28/23__

**Via ECF**

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 435
New York, NY 10007

Re:   *In re Invictus Global Management, LLC*, Case No. 22-mc-00130 (S.D.N.Y.)

Dear Judge Carter:

We represent Respondents in this matter and are writing on behalf of all parties, with the consent of Petitioner's counsel, to ask the Court to hold this matter in abeyance for a short period pending the parties' mediation efforts.

By way of brief background, Petitioner Invictus Global Management, LLC initiated this matter in May 2022, asking the Court for authorization pursuant to 28 U.S.C. § 1782 to seek discovery from Respondents Apollo Global Management, Inc., and its CEO, Marc Rowan in connection with an appraisal proceeding in Bermuda (ECF No. 1). Respondents'

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

motion to quash Petitioner's subpoena (ECF No. 37) has been fully briefed since January 2023.  The Bermuda proceedings have been ongoing in the meantime.

The parties have recently agreed to mediate their dispute in late September 2023.  In connection with that mediation, the parties have also agreed to a limited stay of the Bermuda proceedings, and believe that a stay of the proceedings in this Court would likewise be appropriate and facilitate the parties' settlement efforts.

Accordingly, the parties jointly request a brief stay of this matter, including a deferral of a ruling on Respondents' motion to quash, pending the outcome of the mediation.  The parties will update the Court on the status of the mediation by no later than September 22, or by any other date that the Court directs.

We thank the Court for its consideration of this matter.

Respectfully submitted,

/s/ Gregory F. Laufer

Gregory F. Laufer

cc: All Counsel of Record (via ECF)

The parties' application is **GRANTED**. This matter is hereby stayed until September 22, 2023. The parties are hereby **ORDERED** to submit a joint status report on or by **September 22, 2023** advising the Court on the status of the mediation.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**Dated: August 28, 2023.**

Doc#: US1:18428067v3